R. L. WRIGHT v. THE STATE.

No. 13947. Delivered December 3, 1930.
Rehearing denied January 21, 1931.
Reported in 34 S. W. (2d) 598.

The opinion states the case.

*McKinney & Berry* of Cooper, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The unlawful transportation of intoxicating liquor is the offense; penalty, confinement in the penitentiary for one year.

The record is here without statement of facts and bills of exception. No fault is perceived in the procedure.

The judgment is affirmed.

*Affirmed.*

HAWKINS, J., absent.

### ON MOTION FOR REHEARING.

HAWKINS, JUDGE.—Appellant's motion for rehearing is apparently predicated upon the assumption that an indictment charging the transportation of intoxicating liquor is not good unless it is averred that such transportation is for the purpose of sale. This is not the law. See Crowley v. State, 92 Tex. Cr. R. 103, 242 S. W. 472; Harrison v. State, 95 Tex. Cr. R. 513, 254 S. W. 975; Turner v. State, 95 Tex. Cr. R. 593, 255 S. W. 439; Harper v. State, 257 S. W. 1102; Bailey v. State, 97 Tex. Cr. R. 312, 260 S. W. 1057; Gandy v. State, 99 Tex. Cr. R. 143, 268 S. W. 951; Brown v. State, 101 Tex. Cr. R. 495, 276 S. W. 438.

The motion for rehearing is overruled.

*Overruled.*